2009-93010
FILED
November 17, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002228105

1  ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
   RICHARD W. ABBEY, ESQ. (SBN: 053039)
2  RACHEL K. STEVENSON, ESQ. (SBN: 172525)
   100 Stony Point Road, Ste. 200
3  Post Office Box 1566
   Santa Rosa, California 95402-1566
4  Telephone No.: (707) 542-5050
   Facsimile No.: (707) 542-2589
5
   Attorneys for Creditor, Sterling Savings Bank,
6  successor in interest to Sonoma National Bank

7

8                UNITED STATES BANKRUPTCY COURT
                  EASTERN DISTRICT OF CALIFORNIA
9                        (Modesto Division)

10 | In Re:                          | Case No. 09-93010
   |                                 | Chapter 13
11 | NATHAN COOK and LYDIA COOK,     | DC No.: RKS-1
12 |                        Debtors. | Date:     November 16, 2009
   |                                 | Time:     2:00 p.m.
13 |                                 | Location: 1200 I St., Ste. 4
   |                                 |           Modesto, CA
14

15 **ORDER GRANTING STERLING SAVINGS BANK RELIEF FROM AUTOMATIC STAY**

16      Upon the Motion for Relief from Automatic Stay filed by Sterling Savings Bank, successor

17 in interest to Sonoma National Bank, no opposition having been made thereto, the matter having

18 come on regularly for hearing before the undersigned United States Bankruptcy Judge on November

19 16, 2009, the appearances having been duly noted on the record, and good cause appearing,

20      IT IS HEREBY ORDERED that the Motion is granted. The Moving Party is hereby granted

21 relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) to conduct a nonjudicial

22 foreclosure sale of the real property known as **4646 Qantas Lane, Ste. B-5, Stockton, CA 95206;**

23 **A.P.N. 179-280-17 and 179-280-18,** and obtain possession of said property following the sale.

24 / / /

25 / / /

26 / / /

27

28

-1-

RECEIVED
November 17, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002228105

1     The Court awards no fees and costs. 11 U.S.C. § 506(b).

2     The 10-day stay provided for by Bankruptcy Rule 4001(a)(1) is waived.

Dated:

Dated: November 17, 2009          By the Court

*[signature]*

Michael S. McManus
United States Bankruptcy Judge